**Order entered December 5, 2016**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-00589-CV

### ESTATE OF ALAN MORGAN HUMPHREY, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-2943-3**

## ORDER

Before the Court is appellant's third motion to extend the time to file a motion for rehearing.  We **GRANT** the motion and extend the time for filing a motion for rehearing to **December 19, 2016.**  No further extensions will be granted absent extraordinary circumstances.

/s/    ADA BROWN
        JUSTICE